UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN FREDRICKSON, | No. 2:16-cv-0336 GGH P |
| Petitioner, | |
| v. | ORDER |
| K. HOLLAND, Warden, | |
| Respondent. | |

  Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

  Petitioner is incarcerated in Kern County and was convicted in Los Angeles County. Kern County is in the Fresno Division of the United States District Court for the Eastern District of California, and Los Angeles County is in the United States District Court for the Central District of California.

  Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

  Petitioner is not seeking to overturn his underlying conviction, but rather complains of conditions of his confinement, in particular his restriction from family visits in light of his status

////

1

as a convicted sex offender.  Therefore, the action will be transferred to the Fresno Division of the Eastern District of California.

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: March 9, 2016

/s/ Gregory G. Hollows

United States Magistrate Judge

GGH:076:kly
fred0336.108

2